*Dessau, Harris & Harris,* for plaintiff in error.
*Persons & Persons,* contra.

---

### SOUTHERN RAILWAY COMPANY *v.* GARLAND.

SIMMONS, C. J.  The requests to charge, so far as pertinent and legal, were covered by the general charge.  Under the ruling made when this case was here before (111 *Ga.* 852), the evidence authorized the verdict, and the trial judge did not abuse his discretion in refusing a new trial.

*Judgment affirmed.  All the Justices concurring.*

Argued November 15, — Decided December 11, 1901.

Action for damages.  Before Judge Reagan.  Henry superior court.  June 17, 1901.

*Charlton E. Battle,* for plaintiff in error.
*Lloyd Cleveland,* contra.